| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | A. JAMES ISBESTER (State Bar No. 129820) |
| 2 | jisbester@kilpatricktownsend.com |
| | Two Embarcadero Center, Suite 1900 |
| 3 | San Francisco, CA  94111 |
| | Telephone:   415 576 0200 |
| 4 | Facsimile:    415 576 0300 |
| 5 | MATTHEW J. MEYER (State Bar No. 284578) |
| | mmeyer@kilpatricktownsend.com |
| 6 | 1080 Marsh Road |
| | Menlo Park, CA  94025 |
| 7 | Telephone:   650 326 2400 |
| | Facsimile:    650 326 2422 |
| 8 | |
| | Attorneys for Defendant |
| 9 | ZAP SURGICAL SYSTEMS, INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELEKTA LIMITED and ELEKTA, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>ZAP SURGICAL SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 19-cv-02269<br><br>**[PROPOSED] ORDER GRANTING ZAP SURGICAL SYSTEMS, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE A PORTION OF ITS CERTIFICATE OF INTERESTED ENTITIES OR PERSONS UNDER SEAL**<br><br>Complaint Filed:    April 26, 2019 |

Upon consideration of ZAP Surgical Systems, Inc.'s ("ZAP's") Unopposed Administrative Motion to File a Portion of Its Supplemental Certification of Interested Entities or Persons Under Seal ("Supplemental Certification"), ZAP's Declaration in support thereof, and the parties' Stipulation pursuant to Civil L.R. 7-12, ZAP's administrative request is hereby GRANTED:

1. ZAP shall file under seal the portion of its Supplemental Certification containing confidential business information of ZAP and that of the third party investor in ZAP's parent entity; and

2. ZAP's Supplemental Certificate served on counsel for Elekta Limited and Elekta, Inc. ("Elekta") shall be designated and maintained by Elekta as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information under the terms of the default Protective Order authorized by the Northern District of California pursuant to Patent L.R. 2-2.

IT IS SO ORDERED.

Dated: August 26, 2019

_____
The Honorable Jeffrey S. White
United States District Judge

72243614V.1